IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Edward W. Karrels, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 3:09-cv-1070 |
| v. ) | Judge Echols |
| ) | |
| Morgan Asset Management, Inc., et al, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Pursuant to the order of the Judicial Panel on Multidistrict Litigation, Docket No. 2009, this case is hereby transferred to the United States District Court for the Western District of Tennessee for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case on the records of this Court and transmit the record to the United States District Court for the Western District of Tennessee.

It is so **ORDERED.**

Robert L. Echols
United States District Judge